

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

June 11, 2026

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted. The deadline for the parties' joint scheduling letter is extended to **July 15, 2026**. The Clerk of the Court is directed to terminate the letter motion at docket number 10.

Dated: June 12, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    **United States v. Jianqing Li**, 26 Cr. 232 (LGS)

Dear Judge Schofield:

The parties write to respectfully request an adjournment of the deadline set forth in the Court's June 9, 2026 order requiring the parties to propose a schedule. As the Court knows, defense counsel was appointed to represent the defendant earlier today. In light of this recent appointment, the parties respectfully request until June 15, 2026, to propose a schedule.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____/s/_____

Kyle Wirshba
Assistant United States Attorneys
(212) 637-2493